(No. 6180– )

LEONARD W. BENN d/b/a L. W. BENN COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 30, 1971.*

LEONARD W. BENN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6183– )

DALE P. RUFUS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF
REVENUE, Respondent.

*Opinion filed August 30, 1971.*

DALE P. RUFUS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.